THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JO ANN ALLEN,

        Plaintiff,

v.

LACKAWANNA COUNTY BOARD OF
COMMISSIONERS, et al.,

        Defendants.

3:18-CV-209
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 14th DAY OF MARCH, 2019**, for the reasons set forth in the accompanying memorandum opinion, upon consideration of Magistrate Judge Mehalchick's June 22, 2018 Order (Doc. 19) and Plaintiff's objections thereto (Doc. 20); Magistrate Judge Mehalchick's Report and Recommendation ("R&R") (Doc. 29) and Plaintiff's objections thereto (Doc. 32); Magistrate Judge Mehalchick's January 11, 2019 Order (Doc. 30) denying Plaintiff's motion to vacate and Plaintiff's objections thereto (Doc. 33), **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's objections to Magistrate Judge Mehalchick's June 22, 2018 Order (Doc. 20) are **DISMISSED AS MOOT**.

2. Defendants' July 13, 2018 Motion to Dismiss (Doc. 21) is **DISMISSED AS MOOT**.

3. The R&R (Doc. 29) is **DEEMED MOOT**. Plaintiff's objections to the R&R (Doc. 32) are **DISMISSED AS MOOT**.

4. Upon review for clear error, Magistrate Judge Mehalchick's January 11, 2019 Order (Doc. 30) denying Plaintiff's motion to vacate (Doc. 28) is **AFFIRMED**. Plaintiff's objections to the January 11, 2019 Order (Doc. 33) are **OVERRULED**.

5. Plaintiff's "Magistrate Judge Ordered, Amended Complaint" (Doc. 35) is **DEEMED AND ACCEPTED** as Plaintiff's Second Amended Complaint.

6. This action is **REMANDED** to Magistrate Judge Mehalchick for further proceedings consistent with this Order.

Robert D. Mariani
United States District Judge