**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

JO ANN ALLEN,                              :
                                           :
                                           :
              **Plaintiff,**               :
                                           :
       v.                                  :      **3:18-CV-209**
                                           :      **(JUDGE MARIANI)**
**LACKAWANNA COUNTY BOARD OF**             :      **(Magistrate Judge Mehalchick)**
**COMMISSIONERS, et al.,**                 :
                                           :
              **Defendants.**              :

## ORDER

**AND NOW, THIS** _____ **DAY OF APRIL 2022,** for the reasons set forth in this

Court's accompanying Memorandum Opinion, upon *de novo* review of Magistrate Judge

Mehalchick's Report and Recommendation (Doc. 100), Plaintiff Allen's objections thereto

(Doc. 103), Defendants' Brief in Opposition to Plaintiff's Objections (Doc. 104), Defendant's

Motion for Summary Judgment filings (Doc. 67; Doc. 68; Doc. 69; Doc. 88), Plaintiff's

Opposition thereto (Doc. 82; Doc. 83), and all other relevant documents, **IT IS HEREBY**

**ORDERED THAT:**

1.  The Report and Recommendation (Doc. 100) is **ADOPTED** for the reasons set forth

    therein and in this Court's Memorandum Opinion.

2.  Plaintiff's objections (Doc. 103) are **OVERRULED.**

3.  Defendants Motion for Summary Judgment is **GRANTED** as to all Plaintiff's claims

    asserted under federal law.

4.  Judgment is entered in favor of Defendants and against Plaintiff on Plaintiff's claims asserted under the Americans with Disability Act, Family Medical Leave Act, and the Fourteenth Amendment.

5.  Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c)(3).

6.  The Clerk of Court is directed to **CLOSE** the above-captioned action.


Robert D. Mariani
United States District Judge